UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS YACHIMSKI,<br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>VISITING NURSE ASSOCIATION OF<br>BOSTON, INC. GROUP LONG TERM<br>DISABILITY PLAN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11858-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, in the above-referenced matter.

    Respectfully submitted,

    THE PRUDENTIAL INSURANCE OF AMERICA

    By Its Attorneys,

    /s/ Carey Bertrand
    William T. Bogaert, BBO#546321
    Carey L. Bertrand, BBO#650496
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP
    155 Federal Street
    Boston, MA 02110
    (617) 422-5300

26150.1

<u>CERTIFICATE OF SERVICE</u>

I, Carey L. Bertrand, hereby certify that on this 15th day of October 2004 a true copy of the foregoing document was sent via first class mail, postage prepaid to:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA 02109

>>/s/ Carey Bertrand
>>Carey L. Bertrand

26150.1