UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS YACHIMSKI,<br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>VISITING NURSE ASSOCIATION OF<br>BOSTON, INC. GROUP LONG TERM<br>DISABILITY PLAN<br><br>Defendants. | Civil Action No. 04-11858-RCL |

**STIPULATION TO EXTEND TIME FOR PRUDENTIAL INSRUANCE COMPANY IN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

The Plaintiff and the Defendant, the Prudential Company of America ("Prudential"), stipulate and agree that Prudential be extended additional time in which to answer the Complaint. The parties agree and stipulate that an Prudential shall have an extension of time to October 29, 2004.

| | |
|---|---|
| Attorney for Defendant,<br>Prudential Insurance Company of America,<br><br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN, & DICKER LLP<br><br>/s/ Carey Bertrand<br>William T. Bogaert, BBO #546321<br>Carey L. Bertrand, BBO #650496<br>155 Federal Street<br>Boston, Massachusetts 02110 | Attorney for Plaintiff,<br><br>Rafik & Rosenfeld, P.C.<br><br><br>/s/ Mala M. Rafik<br>Mala M. Rafik, BBO#638075<br>44 School Street, Suite 410<br>Boston, MA  02108<br><br>Dated: October 15, 2004 |

26150.1