UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PHYLLIS YACHIMSKI,<br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN<br><br>Defendants. | ) | Civil Action No. 04-11858-RCL |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for Defendant, VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN, in the above-referenced matter.

Respectfully submitted,

VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN

By Its Attorneys,

/s/ Carey Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110

(617) 422-5300

CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that on this 15th day of October 2004 a true copy of the foregoing document was sent via first class mail, postage prepaid to:

Mala M. Rafik, Esq.
Rosenfeld & Rafik
44 School Street
Boston, MA 02109

/s/ Carey Bertrand
Carey L. Bertrand