UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHYLLIS YACHIMSKI,<br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>VISITING NURSE ASSOCIATION OF<br>BOSTON, INC. GROUP LONG TERM<br>DISABILITY PLAN<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-11858-RCL |

## STIPULATION TO EXTEND TIME FOR VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN IN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The Plaintiff and the Defendant, Visiting Nurse Association of Boston, Inc. Group Long Term Disability Plan ("VNA"), stipulate and agree that VNA be extended additional time in which to answer the Complaint. The parties agree and stipulate that VNA shall have an extension of time to October 29, 2004.

| | |
|---|---|
| Attorney for Defendant,<br>Visiting Nurse Association of Boston, Inc.<br>Group Long Term Disability Plan,<br><br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN, & DICKER LLP<br><br><br>/s/ Carey Bertrand<br>William T. Bogaert, BBO #546321<br>Carey L. Bertrand, BBO #650496<br>155 Federal Street<br>Boston, Massachusetts 02110 | Attorney for Plaintiff,<br><br>Rafik & Rosenfeld, P.C.<br><br><br>/s/ Mala M. Rafik<br>Mala M. Rafik, BBO#638075<br>44 School Street, Suite 410<br>Boston, MA  02108<br><br>Dated: October 15, 2004 |

26150.1