AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

PHYLLIS YACHIMSKI

V.

PRUDENTIAL INSURANCE
CO. OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04      RCL

TO: (Name and address of Defendant)

PRUDENTIAL INS. CO. OF AMERICA
751 BROAD ST.
NEWARK, NJ 07102-3777

AGENT FOR SERVICE: COMMISSIONER OF INS.
MASSACHUSETTS DIVISION OF INSURANCE
ONE SOUTH STATION
BOSTON, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC
44 SCHOOL ST, STE 410
BOSTON, MA
02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _Pat Russi_

(By) DEPUTY CLERK

DATE  8-26-04

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Deputy Sheriff George Silva

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October 5, 2004

I hereby certify and return that on 9/28/2004 at 8:18AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Prudential Ins. Co. Of America in the following manner (See Mass. R. Civ. P. 4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $46.00

*Deputy Sheriff*