UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS YACHIMSKI,<br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>VISITING NURSE ASSOCIATION OF<br>BOSTON, INC. GROUP LONG TERM<br>DISABILITY PLAN<br><br>Defendants. | Civil Action No. 04-11858-RCL |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS IN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The Plaintiff and the Defendants, stipulate and agree that Defendants be extended additional time in which to answer the Complaint. The parties agree and stipulate that the Defendants shall have an extension of time to November 12, 2004.

| Attorney for Defendants, | Attorney for Plaintiff, |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP | Rafik & Rosenfeld, P.C. |
| /s/ Carey Bertrand<br>William T. Bogaert, BBO #546321<br>Carey L. Bertrand, BBO #650496<br>155 Federal Street<br>Boston, Massachusetts 02110 | /s/ Mala M. Rafik<br>Mala M. Rafik, BBO#638075<br>44 School Street, Suite 410<br>Boston, MA 02108<br><br>Dated: October 29, 2004 |

31202.1