UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHYLLIS YACHIMSKI,
    Plaintiff

v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA & VISITING
NURSE ASSOCIATION OF BOSTON,
INC. GROUP LONG TERM
DISABILITY PLAN,
    Defendants

CIVIL ACTION NO.: 04CV11858RCL

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc.

2. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.

3. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.

31618.1

4. Prudential Financial, Inc., is the parent company of Prudential.

5. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned company owned by Prudential Financial, Inc.

Respectfully submitted,

PRUDENTIAL INSURANCE OF AMERICA and VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN,
By Its Attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on the 12th day of November 2004 to:

Mala M. Rafik, Esq.
Rosenfeld & Rafik
44 School Street
Boston, MA 02109

/s/ Carey L. Bertrand

31618.1