UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHYLLIS YACHIMSKI,
Plaintiff

v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA & VISITING
NURSE ASSOCIATION OF BOSTON,
INC. GROUP LONG TERM
DISABILITY PLAN,
Defendants

CIVIL ACTION NO.: 04CV11858RCL

## DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE UNDERSIGNED PRUDENTIAL INSURANCE COMPANY OF AMERICA REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Len Giusti, Esq.
Director, Litigation
Prudential Insurance Company of America
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039

By Its Attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

31620.1