UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PHYLLIS YACHIMSKI,
   Plaintiff

v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA & VISITING
NURSE ASSOCIATION OF BOSTON,
INC. GROUP LONG TERM
DISABILITY PLAN,
   Defendants

CIVIL ACTION NO.: 04CV11858RCL

---

## DEFENDANT'S, VISITING NURSE ASSOCIATION OF BOSTON, INC. GROUP LONG TERM DISABILITY PLAN, LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR THE VISITING NURSE ASSOCIATION OF BOSTON, INC., GROUP LONG TERM DISABILITY PLAN AND THE UNDERSIGNED REPRESENTATIVE OF THE VISITING NURSE ASSOCIATION OF BOSTON, INC., GROUP LONG TERM DISABILITY PLAN CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
THE VISITING NURSE ASSOCIATION OF BOSTON, INC., GROUP LONG TERM DISABILITY PLAN,

By Its Attorneys,

_SC Schroepfer_
Susan Schroepfer
Senior Benefits Specialist
Visiting Nurse Association of Boston, Inc.
130 Bradlee St.
Hyde Park, MA

/s/ Carey L. Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
   155 Federal Street
Boston, MA 02110
(617) 422-5300

31622.1