UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS YACHIMSKI,<br>    Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA & VISTING NURSE<br>ASSOCIATION OF BOSTON, INC.<br>GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 11858-RCL |

### JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE

The parties to the above-referenced action hereby move this Court to postpone the Scheduling Conference originally scheduled for December 15, 2004, for one month.   As grounds for this Motion, the parties state as follows:

1)   The parties are currently engaged in good faith settlement negotiations, which if successful, will eliminate the need for further action by thus Court;

2)   Defendant's counsel is currently experiencing a major medical emergency with a member of her immediate family and postponement of the conference would allow her to focus her time on the resolution of this matter rather than moving forward with litigation; and

3)   The extension of time will not prejudice either party, but rather will permit the parties to expend time on settlement of this matter.

WHEREFORE, the parties respectfully requests that this Motion be granted.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, <br> Phyllis Yachimski | The Defendant, <br> The Prudential Ins. Co. of America |
| By Her Attorneys, | By its Attorneys, |
| /s/ Mala M. Rafik <br> Mala M. Rafik <br> BBO No. 428940 <br> Rosenfeld & Rafik, P.C. <br> 44 School Street, Suite 410 <br> Boston, MA. 02108 <br> (617) 723-7470 | /s/ Carey L. Bertrand <br> Carey L. Bertrand <br> BBO No. 650496 <br> Wilson, Elser, Moskowitz, Edelman Decker, LLP. <br> 155 Federal Street <br> Boston, MA  02110 <br> (617) 422-5300 |

Dated: December 3, 2004