UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Phyllis Yachimski
	Plaintiff

V.

CIVIL ACTION

NO.  04-11858

Prudential Insurance Company of America
	Defendant

## SETTLEMENT ORDER OF DISMISSAL

Lindsay            D. J.

The Court having been advised on _____1/14/05_____ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

1/14/05
Date

Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                              [stlmtodism.]