UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS YACHIMSKI, <br> Plaintiff, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE <br> COMPANY OF AMERICA and <br> VISITING NURSE ASSOCIATION OF <br> BOSTON, INC. GROUP LONG TERM <br> DISABILITY PLAN <br><br> Defendants. | Civil Action No. 04-11858-RCL |

## STIPULATION of DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement reached between all parties in the above-captioned matter, now comes the parties and hereby stipulate that this matter be dismissed with prejudice, without costs. The parties have come to an amicable agreement to settle this matter fully.

| Attorney for Defendants, | Attorney for Plaintiff, |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP | Rafik & Rosenfeld, P.C. |
| /s/ Carey Bertrand <br> William T. Bogaert, BBO #546321 <br> Carey L. Bertrand, BBO #650496 <br> 155 Federal Street <br> Boston, Massachusetts 02110 | /s/ Mala M. Rafik <br> Mala M. Rafik, BBO#638075 <br> 44 School Street, Suite 410 <br> Boston, MA 02108 <br><br> Dated: February 10, 2005 |

34336.1